# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

August 19, 2004

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DANIEL A. MANION, Circuit Judge

| | |
|---|---|
| EDWARD and PAMELA REISER, and JANET GREENLEE,<br>    *Plaintiffs-Appellees*,<br><br>**No.** 04-8017      **v.**<br><br>RESIDENTIAL FUNDING CORPORATION,<br>    *Defendant-Appellant*. | Appeal from the United States District Court for the Southern District of Illinois.<br><br>No. 03-CV-0619-DRH<br>David R. Herndon,<br>*Judge*. |

**Order**

The opinion of this court issued today is amended as follows:

Page 3, first line, change "two decisions by the state's five intermediate appellate" to "two decisions by one of the state's five intermediate appellate".